IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA SUE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV830-WKW |
| ) | [WO] |
| WILLIAMS PLANT SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, and in view of the court's order entered on 7 February 2006 (Doc. # 11), it is

ORDERED that the defendant's Motion to Strike, filed on 6 February 2006 (Doc. # 12), is DENIED.

DONE this 10th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE