IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA SUE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-830-WKW |
| ) | (WO) |
| WILLIAMS PLANT SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

On March 28, 2006, the Magistrate Judge filed a Recommendation (Doc. # 21) in this case, finding that the case is due to be transferred to the U.S. District Court for the Northern District of Georgia. The Magistrate Judge also recommended that the defendant's Motion to Dismiss (Doc. # 4) be denied as moot. The plaintiff filed an objection on April 13, 2006 (Doc. # 22).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. This case shall be transferred to the U.S. District Court for the Northern District of Georgia.

4. The clerk is DIRECTED to take the necessary steps to transfer this case.

5. The defendant's Motion to Dismiss is DENIED as MOOT.

DONE this the 1st day of May, 2006.

                                    /s/  W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE